```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :     09cr259-04(DLC)
                                        :
            -v-                         :     ORDER
                                        :
PEDRO VENTURA-CRUZ,                     :
                                        :
                  Defendant.            :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On August 28, 2009, defendant Pedro Ventura-Cruz was indicted for involvement in a narcotics conspiracy in this Court. On December 18, 2009, a nolle prosequi was entered dismissing the indictment against the defendant.

On December 18, 2023, this Court received a letter from the defendant that, construed liberally, requests that all entries reflecting his prosecution be removed from ECF. It is hereby

ORDERED that the request is denied.

IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to the defendant a note service on the docket.

Dated:   New York, New York
         January 29, 2024

                                          _____
                                                  DENISE COTE
                                          United States District Judge